UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SERENA CLEVELAND,

    Plaintiff,

v.          Case No.: 6:23-cv-1154-WWB-RMN

LONDONTOWN, INC.,

    Defendant.

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida on July 14, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record